

no new Address
14CV1681

# Minute Orders

2:14-cv-01681-GMN-PAL Martinez et al v. Halvorson

STAYED

## United States District Court

### District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 2/22/2017 at 3:23 PM PST and filed on 2/22/2017
**Case Name:** Martinez et al v. Halvorson
**Case Number:** 2:14-cv-01681-GMN-PAL
**Filer:**
**Document Number:** 41(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Chief Judge Gloria M. Navarro, on 2/22/2017. By Deputy Clerk: Aaron Blazevich.**

**On March 24, 2015, the Court entered a minute order (ECF No. [34]) staying this case pending resolution of Bankruptcy Court case number 15-11540-MKN. The last joint status report in this matter was filed on December 23, 2015. Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint status report no later than March 3, 2017, and shall file subsequent status reports every three months thereafter.**

**(no image attached) (Copies have been distributed pursuant to the NEF - ASB)**

**2:14-cv-01681-GMN-PAL Notice has been electronically mailed to:**

Kristin L Martin     klm@msh.law

Richard G. McCracken     rmccracken@dcbsf.com, lphillips@dcbsf.com

Eric B. Myers     ebm@dcbsf.com, dluong@dcbsf.com, klm@dcbsf.com, ysaelee@dcbsf.com

Samuel A. Schwartz     sam@nvfirm.com, bryan@nvfirm.com, christy@nvfirm.com, ecf@nvfirm.com, ecf@schwartzlawyers.com, schwartzecf@gmail.com

**2:14-cv-01681-GMN-PAL Notice has been delivered by other means to:**

Carl Halvorson
1972 Alcova Ridge Drive
Las Vegas, NV 89135